JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>                  Plaintiffs, <br><br>     vs. <br><br> PULLEN ASSOCIATES, INC. a California corporation doing business as "VISION MECHANICAL SERVICES"; and RICHARD JACK PULLEN, an individual, <br><br>                  Defendants. | CASE NO.: CV12-1555-PA (PJWX) <br><br> ASSIGNED TO THE HONORABLE PERCY ANDERSON <br><br> **JUDGMENT** |

This action having been commenced on October 13, 2011, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendant Pullen Associates, Inc., and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training shall recover from defendant, Pullen Associates, Inc. doing business as "Vision Mechanical Services," the principal amount of $67,866.79, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) accruing from March 15, 2012, until paid in full.

DATED: April 5, 2012

_____
UNITED STATES DISTRICT JUDGE